oversight to the state courts as they exercise their authority to inflict the penalty of death, I believe that the death penalty, as currently administered, is unconstitutional.

### III

Perhaps one day this Court will develop procedural rules or verbal formulas that actually will provide consistency, fairness, and reliability in a capital sentencing scheme. I am not optimistic that such a day will come. I am more optimistic, though, that this Court eventually will conclude that the effort to eliminate arbitrariness while preserving fairness "in the infliction of [death] is so plainly doomed to failure that it—and the death penalty— must be abandoned altogether." *Godfrey* v. *Georgia*, 446 U. S. 420, 442 (1980) (Marshall, J., concurring in judgment). I may not live to see that day, but I have faith that eventually it will arrive. The path the Court has chosen lessens us all. I dissent.

No. 93–603. BEWLEY *v.* HOWELL, SUPERINTENDENT, TULSA COUNTY INDEPENDENT SCHOOL DISTRICT NO. 1, ET AL., *ante,* p. 1012;

No. 93–734. MILLER *v.* UNITED STATES, *ante,* p. 1045;

No. 93–5019. HAWTHORNE *v.* CALIFORNIA, *ante,* p. 1013;

No. 93–5299. KENDALL *v.* KENDALL, *ante,* p. 995;

No. 93–5559. BENJAMIN *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, *ante,* p. 899;

No. 93–5565. LIEBMAN *v.* LIEBMAN, *ante,* p. 899;

No. 93–5929. DRAYTON *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, *ante,* p. 1014;

No. 93–5963. SOCHOR *v.* FLORIDA, *ante,* p. 1025;

No. 93–6032. GASTER *v.* TAYLOR, WARDEN, ET AL., *ante,* p. 955;

No. 93–6186. BROOKE *v.* DUKE ET AL., *ante,* p. 981;

No. 93–6233. WINFIELD *v.* MICHIGAN, *ante,* p. 997;

No. 93–6329. HEGEDEOS *v.* DYKE COLLEGE BOARD OF TRUSTEES ET AL., *ante,* p. 1015;

No. 93–6366. ERIKSON *v.* ROWLAND ET AL., *ante,* p. 1015;

No. 93–6383. JOHNSON *v.* METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY ET AL., *ante,* p. 1016;

No. 93–6387. BROCKSMITH *v.* UNITED STATES, *ante,* p. 999;

No. 93–6491. MASONER *v.* THURMAN, WARDEN, *ante,* p. 1028;

No. 93–6493. BERGMANN v. MCCAUGHTRY, WARDEN, *ante*, p. 1028;

No. 93–6554. NWABUEZE v. IMMIGRATION AND NATURALIZATION SERVICE, *ante*, p. 1052;

No. 93–6592. GHAZIBAYAT v. NEW YORK, *ante*, p. 1028;

No. 93–6593. HODGES ET AL. v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, *ante*, p. 1018;

No. 93–6626. HAMILTON v. KIRKPATRICK, *ante*, p. 1054;

No. 93–6713. HARGROVE v. TANSY, WARDEN, *ante*, p. 1056;

No. 93–6717. PIONTEK v. UNITED STATES, *ante*, p. 1056;

No. 93–6811. ALLEN v. NEW YORK LIFE SECURITIES, INC., ET AL., *ante*, p. 1095;

No. 93–6934. COOPER v. SALOMON BROTHERS, INC., *ante*, p. 1063; and

No. 93–7177. JOHNS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, *ante*, p. 1081. Petitions for rehearing denied.

No. 93–237. MALONEY v. UNITED STATES ET AL., *ante*, pp. 915 and 1006. Motion of petitioner for leave to file second petition for rehearing denied.

No. 93–6243. AGUNBIADE v. UNITED STATES, *ante*, p. 1014;

No. 93–6262. PEARSALL v. PHILLIPS ET AL., *ante*, p. 998; and

No. 93–6435. BORTNICK v. WASHINGTON, *ante*, p. 1016. Motions for leave to file petitions for rehearing denied.

FEBRUARY 24, 1994

No. 93–201. ALLEN & CO., INC. v. PACIFIC DUNLOP HOLDINGS INC. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1083.] Writ of certiorari dismissed under this Court's Rule 46.

FEBRUARY 28, 1994

No. 93–1090. MILLSAPS ET AL. v. LANGSDON ET AL. Affirmed on appeal from D. C. W. D. Tenn.